Richard C. Alkire Co., L.P.A., and Richard C. Alkire, for respondent.

THE STATE OF OHIO, APPELLEE, *v*. RAMEY, APPELLANT.

[Cite as *State v. Ramey,* 118 Ohio St.3d 191, 2008-Ohio-2218.]

(No. 2007–0125—Submitted May 6, 2008—Decided May 14, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Simpkins,* 117 Ohio St.3d 420, 2008-Ohio-1197, 884 N.E.2d 568.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth L. Gilbert, Assistant Prosecuting Attorney, for appellee.

Shaw & Miller, Mark J. Miller, and Brian W. Ross, for appellant.

THE STATE OF OHIO, APPELLEE, *v*. RICH, APPELLANT.

[Cite as *State v. Rich,* 118 Ohio St.3d 191, 2008-Ohio-2217.]

(No. 2007–0456—Submitted May 6, 2008—Decided May 14, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Simpkins,* 117 Ohio St.3d 420, 2008-Ohio-1197, 884 N.E.2d 568.